## DONNA AROSE *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 32437)

Bishop, Bear and Peters, Js.

Argued March 9—officially released April 5, 2011

Per Curiam. The judgment is affirmed.

## CHARLES MILLER *v.* WILLIAM J. CASEY
### (AC 32308)

Gruendel, Robinson and Bear, Js.

Argued March 10—officially released April 5, 2011

Per Curiam. The judgment is affirmed.

## ARIEL CRUZ *v.* 31 CATHERINE AVENUE, LLC, ET AL.
### (AC 32064)

Gruendel, Beach and Alvord, Js.

Submitted on briefs March 11—officially released April 5, 2011

Per Curiam. The decision is affirmed.